# ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2004 JAN -5 AM 10: 44

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| OLIN WOOTEN TRANSPORT COMPANY, INC. and OLIN WOOTEN, | : |
| Plaintiffs, | : |
| v. | : Civil Action Number CV203-122 |
| SOUTHTRUST BANK | : |
| Defendant. | : |

## EXPERT REPORT OF DEREK JOHNSON

My name is Derek Johnson. I work as an auctioneer. I work at 415 N. Tallahasse Street, Hazlehurst, Georgia. I am over 21 years of age and I am competent to testify to the matters set forth in this report.

I am an auctioneer. In that capacity, I frequently auction tractors and trailers. I have been auctioning vehicles and tractor-trailers for the last fifteen years. I wok at various auctions throughout South Georgia, including Express Auctions in Hazlehurst, Georgia, Miller Gadley in Hazlehurst, Georgia, United Auctions in Cordele, Georgia, and Weeks Auctions in Moultrie, Georgia. In auctioning equipment and vehicles, I am called upon to render my opinion as to the value of the equipment or vehicles. I also learn the fair market value of equipment and vehicles through conducting the auctions.

I graduated from Jeff Davis High School and received an Associate Degree in Business from South Georgia College. I have completed a course in auctioning and been certified as an auctioneer. Auctioneers must have knowledge in valuing the items which they auction. I am the main auctioneer at several auctions in and around South Georgia.

1

When I am not auctioning, I manage and own Johnson Office Solutions in Hazlehurst, Georgia. I have not served as an expert consultant and/or witness in the last four years. Compensation paid to me is charged on a time-applied basis and is in no way contingent on the outcome or result of this civil action. I have not published any treatises, books, or articles.

In rendering the following opinions and testimony, I am relying on my own judgment premised in my education, training and professional experience. I am drawing inferences and conclusions based upon facts and data, which I have personally reviewed and analyzed. I am relying on fact and information perceived by me or made known to me in conducting my investigation of Plaintiffs' damages. The records, documents, and data on which I am relying are generally of the type, nature, and scope relied upon by similar experts in forming opinions or inferences upon the subject matter of my testimony.

Not withstanding the generality of the foregoing, but in order to provide a more clear indication of the nature and extent of my review of documents, facts, and data upon which I have relied, I have reviewed or deemed relevant the Complaint in the Olin Wooten Transport Company ("OWTC"), et al vs. South Trust Bank filed in the United States District Court in the Southern District of Georgia, I have evaluated the 69 tractors and trailers and the ten Peerless trailers. I was present on several occasions when OWTC or Wooten attempted to auction the tractors and trailers but could not do so because of the lack of titles. On those occasions, I also auctioned similar tractors and trailers and utilized the prices for those tractors and trailers in forming my opinion. I also have reviewed the book value from 1998 to present of the tractors and trailers.

I am aware generally of dates and locations where OWTC and Wooten also took the tractors and trailers to try and auction them. On those dates, I am aware of the range of prices for which the tractors and trailers could have sold. I know that the tractors and trailers were taken to Miller Gadley in Hazlehurst, Georgia several times between December 1998 and August 2001 and between August 2001 and July 2003. These auctions are held on the second Thursday of every month. I also know that Wooten took the tractors and trailers several times between December 1998 and August 2001 and August 2001 and July 2003 at United Auctions in Cordele, Georgia. These auctions are held the third week of every month. The tractors and trailers were also taken to Express Auctions in Hazlehurst, Georgia several times between December 1998 and August 2001 and between August 2001 and July 2003. Wooten tried to auction the tractors and trailers at Weeks Auctions in Moultrie, Georgia several times on the first Saturday of the month between December 1998 and August 2001 and August 2001 and July 2003. Finally, I am aware that Wooten tried to auction the tractors and trailers at Taylor & Martin in Kansas City, Missouri on many occasions between December 1998 and August 2001 and between August 2001 and July 2003. Because of the lack of titles, Wooten was not able to auction the vehicles. I am aware of the prices at those times and base my opinion on that data.

At the request of Plaintiffs, I have been asked to state my professional and expert opinion on the fair market value of the tractors and trailers in December 1998, August 2001, and July 2003. I have also been asked to render my professional opinion as to the value of the tractors and trailers when Wooten tried to sell them between December 1998 and August 2001 and between August 2001 and July 2003.

3

Based on the documents and evidence identified above and herein, and in the exercise of my professional judgment, within a degree of reasonable certainty, and further supported by the following commentary and analysis, I conclude that Wooten would have been able to sell the ten Peerless CTSSF-45 trailers in August 2001, Wooten could have sold the Peerless trailers for between $30,000 and $35,000 each. In the interim between August 2001 and July 2003, Wooten could have sold the trailers for between $28,000 and $33,000 each. By July 2003, the ten Peerless trailers could sell for between $22,000 and $28,000 each. As a result of the lack of titles, Wooten and OWTC lost between $5,000 and $12,000 in value per trailer.

It is my opinion that the tractors that are listed on Exhibit "A" attached hereto could have sold in December 1998 for $14,000 each. Between December 1998 and August 2001, the tractors could have sold for between $9,000 and $13,000 each. In August 2001, the tractors would have sold for $7,500 each. Between August 2001 and July 2003, the tractors could have sold between $6,000 and $7,500 each. By July 2003, the tractors would sell for $5,500 each. As a result of the lack of titles, Wooten lost about $8,500 each.

In my opinion, the trailers listed in Exhibit "A" attached hereto would have sold in December 1998 for between $6500 and $9500 each. Between December 1998 and August 2001, the trailers listed in Exhibit "A could have sold for between $5,000 and $8,000 each. By August 2001, the trailers would have sold for $7500 each. Between August 2001 and July 2003, the trailers could have sold for between $4,500 and $7,500 each. By July 2003, the trailers would sell for between $2,200 and $3,800 each. Wooten

4

and OWTC lost between $3,000 and $7,000 for each trailer that could not be sold due to lack of titles.

This 2nd day of January, 2004.

_____
Derek Johnson

Sworn to and subscribed
Before me this 2nd day
of January, 2004.

_____
Notary Public
My Commission Expires

RACHEL EXLEY
Notary Public
STATE OF GEORGIA
My Comm. Exp. 7/11/06

5

# EXHIBIT A

(C)

| Description | Manufacturer's ID# | Title # | Missing | In File |
|---|---|---|---|---|
| 93 Trailmobile | 1PTO1JAH3P9005691 | | X | |
| 93 Trailmobile | 1PTO1JAH5P9005692 | | X | |
| 93 Trailmobile | 1PTO1JAH7P9005693 | | X | |
| 93 Trailmobile | 1PTO1JAH9P9005694 | | X | |
| 93 Trailmobile | 1PTO1JAH0P9005695 | | X | |
| 93 Trailmobile | 1PTO1JAH2P9006596 | | X | |
| 93 Freightliner | 1FUYACXBXPL493454 | | X | |
| 93 Freightliner | 1FUYACXB1PL493455 | | X | |
| 93 Freightliner | 1FUYACXB7PL493458 | | X | |
| 93 Freightliner | 1FUYACXB9PL493462 | | X | |
| 93 Freightliner | 1FUYACXB2PL493464 | | X | |
| 93 Freightliner | 1FUYACXB4PL493465 | | X | |
| 93 Freightliner | 1FUYACXB6PL493466 | | X | |
| 93 Freightliner | 1FUYACXBXPL493468 | | X | |
| 93 Trailmobile | 1PT01JAH6P9005863 | | X | |
| 93 Trailmobile | 1PT01JAH8P9005864 | | X | |
| 93 Trailmobile | 1PT01JAHXP9005865 | | X | |
| 93 Trailmobile | 1PT01JAH1P9005866 | | X | |
| 93 Trailmobile | 1PT01JAH3P9005867 | | X | |
| 93 Trailmobile | 1PT01JAH5P9005868 | | X | |
| 93 Trailmobile | 1PT01JAH6P9005869 | | X | |
| 93 Trailmobile | 1PT01JAH3P9005870 | | X | |
| 93 Trailmobile | 1PT01JAH5P9005871 | | X | |
| 93 Trailmobile | 1PT01JAH7P9005872 | | X | |
| 93 Trailmobile | 1PT01JAH9P9005873 | | X | |
| 93 Trailmobile | 1PT01JAH0P9005874 | | X | |
| 93 Trailmobile | 1PT01JAH2P9005875 | | X | |
| 93 Trailmobile | 1PT01JAH4P9005876 | | X | |
| 93 Trailmobile | 1PT01JAH6P9005877 | | X | |

| Description | Manufacturer's ID# | Title # | Missing | In File |
|---|---|---|---|---|
| 90 Trailmobile | 1PT01JAHXL9001745 | 36852215 | | X |
| 90 Trailmobile | 1PT01JAH1L9001746 | 36852211 | | X |
| 90 Trailmobile | 1PT01JAH3L9001750 | 36852210 | | X |
| 90 Trailmobile | 1PT01JAH9L9001753 | 36852209 | | X |
| 90 Trailmobile | 1PT01JAH7L9001752 | 36852208 | | X |
| 90 Trailmobile | 1PT01JAH5L9001751 | 36852207 | | X |
| 90 Trailmobile | 1PT01JAH2L9001755 | 36852206 | | X |
| 90 Trailmobile | 1PT01JAH0L9001754 | 36852205 | | X |
| 90 Trailmobile | 1PT01JAH4L9001756 | 36852204 | | X |
| 90 Trailmobile | 1PT01JAH5L9001748 | 36852213 | | X |
| 90 Trailmobile | 1PT01JAH7L9001749 | 36852214 | | X |
| 90 Trailmobile | 1PT01JAH3L9001747 | 36852212 | | X |
| 94 Freightliner | 1FUYBCXB2RL458794 | 28643084 | X | |
| 94 Freightliner | 1FUYBCXB4RL458800 | 38643078 | X | |
| 94 Freightliner | 1FUYBCXBXRL458803 | 28643075 | X | |
| 95 Peerless | 1PLE04527SPF19899 | 32735059 | | X |
| 95 Peerless | 1PLE04524SPF19900 | 32735062 | | X |
| 95 Peerless | 1PLE04526SPF19901 | 32735063 | | X |
| 95 Peerless | 1PLE04528SPF19902 | 32735064 | | X |
| 95 Peerless | 1PLE0452XSPF19903 | 32735065 | | X |
| 95 Peerless | 1PLE04521SPF19904 | 32735067 | | X |
| 95 Peerless | 1PLE04523SPF19905 | 32735068 | | X |
| 95 Peerless | 1PLE04525SPF19906 | 32735066 | | X |
| 95 Peerless | 1PLE04527SPF19907 | 32735061 | | X |
| 95 Peerless | 1PLE04529SPF19908 | 32735060 | | X |
| 89 International | 1HSRDGUR5KH629342 | | X | |
| 93 Trailmobile | 1PTO1JAH1P9005677 | | X | |
| 93 Trailmobile | 1PTO1JAH0P9005678 | | X | |
| 93 Trailmobile | 1PTO1JAH2P9005679 | | X | |
| 93 Trailmobile | 1PTO1JAH9P9005680 | | X | |
| 93 Trailmobile | 1PTO1JAH0P9005681 | | X | |
| 93 Trailmobile | 1PTO1JAH2P9005682 | | X | |
| 93 Trailmobile | 1PTO1JAH4P9005683 | | X | |
| 93 Trailmobile | 1PTO1JAH6P9005684 | | X | |
| 93 Trailmobile | 1PTO1JAH8P9005685 | | X | |
| 93 Trailmobile | 1PTO1JAHXP9005686 | | X | |
| 93 Trailmobile | 1PTO1JAH4P9005697 | | X | |
| 93 Trailmobile | 1PTO1JAH6P9005698 | | X | |
| 93 Trailmobile | 1PTO1JAH8P9005699 | | X | |
| 93 Trailmobile | 1PTO1JAH1P9005706 | | X | |
| 93 Trailmobile | 1PTO1JAH0P9005700 | | X | |
| 93 Trailmobile | 1PTO1JAH2P9005701 | | X | |
| 93 Trailmobile | 1PTO1JAH4P9005702 | | X | |
| 93 Trailmobile | 1PTO1JAH6P9005703 | | X | |
| 93 Trailmobile | 1PTO1JAH8P9005704 | | X | |
| 93 Trailmobile | 1PTO1JAHXP9005705 | | X | |
| 93 Trailmobile | 1PTO1JAH1P9005687 | | X | |
| 93 Trailmobile | 1PTO1JAH3P9005688 | | X | |
| 93 Trailmobile | 1PTO1JAH5P9005689 | | X | |
| 93 Trailmobile | 1PTO1JAH1P9005690 | | X | |

**EXHIBIT "A"**
**OLIN WOOTEN TRANSPORT COMPANY, INC.**
**SCHEDULE #1**
**LEASE NUMBER 1153.00674**

---

TEN (10) NEW CTSSF-45 Peerless Live Bottom, 13'6" high, 8' wide and other standard features.

S/N:   *9-12-95*
       *OWI*

1PLE04529SPF19908
1PLE04527SPF19907
1PLE04525SPF19906
1PLE04523SPF19905
1PLE04521SPF19904
1PLE0452XSPF19903
1PLE04528SPF19902
1PLE04526SPF19901
1PLE04524SPF19900
1PLE04527SPF19899

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon all parties to the action by placing a true and correct copy of the same in the United States Mail with sufficient postage affixed thereon to ensure proper delivery addressed as follows:

John O'Shea Sullivan
Burr & Foreman
600 W. Peachtree St.
Suite 1200
Atlanta, Georgia  30308
404-685-9332
FAX: 770-817-3244


Massie H. McIntyre, Esq.
And
Hugh Peterson, Esq.
116 West Main Street
Vidalia, Georgia 30425

This 2nd day of January, 2004.

_____
BRIDGETTE M. COOPER
Bar No. 185694

Cooper & Williams
235 Margie Drive
Warner Robins, Georgia 31088
Telephone: (478) 953-4190
Facsimile: (478) 953-6256